Exhibit A to the Complaint

**Location:** Bethlehem, PA  
**Total Works Infringed:** 46

**IP Address:** 131.106.77.136  
**ISP:** Astound Broadband

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 03/20/2025 21:48:50 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 2 | b4e84cdb23756c615f1d5598bb63e3ff6e131a04 | 03/21/2025 15:12:53 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 3 | 2ade8763346ffa11fc1395267fda45acc89c677c | 03/17/2025 17:08:07 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 4 | f7442daaf8189f3b302843dd0b83024c02e9714e | 03/06/2025 17:47:22 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 5 | 4E7DFF171A00C11BE84F46F61C2CC78E6AEC8E12 | 01/12/2025 20:20:46 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 6 | 30D70C226A35C5DE9B33252A6680D8DDF9EE3BD2 | 01/12/2025 20:16:12 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 7 | F54D83B07A67B42DD126288CCD96E26BD4E25316 | 01/12/2025 20:11:23 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 8 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 01/12/2025 18:28:17 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 9 | A93F96E9500696950BC487BB0A53528684DA85DE | 12/24/2024 19:37:35 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 10 | 400e090f4802b871662c556a82abfc945392215f | 12/24/2024 19:31:44 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 11 | e39f895d4e58e9ea65935691e4a56cfb734d2130 | 11/15/2024 21:05:39 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 12 | 68fe67ab258a0d6022e32f1150e9c35596e4e767 | 11/15/2024 20:08:37 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 13 | 16964274eef2deb09294cf8a21b1afbb9cc70842 | 11/15/2024 20:05:28 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 14 | 400625a24d4b1350c5c9869dc1c9f7767c73c4d3 | 11/15/2024 20:04:34 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 15 | 7927d991b118b583cd71828f2f63a12b4635b5e7 | 11/09/2024 00:46:21 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 16 | 7ec3914b48ed12076b6727d3ea867406cf1f35a3 | 11/08/2024 01:04:24 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 842c2d5fcaa50ef7d199067049f4da0dcc8cfdba | 11/08/2024 00:02:07 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 18 | 71004d66ed1a8849dc7a6c5ea34c3945ebba0ff8 | 11/07/2024 23:01:17 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 19 | 9a00dc56773a2daf8a9bfe17c2984a51122fb78e | 11/07/2024 23:01:02 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 20 | d09b0e39b1e94f8f9bee6a068013473911addb60 | 10/16/2024 15:30:31 | Tushy | 10/23/2022 | 10/31/2022 | PA0002377815 |
| 21 | d9261d3722c161272619a45a80e6f849b0bc63b5 | 10/16/2024 15:10:29 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 22 | d71fa8300d660a26679a2c53720c9f8c05f9cf79 | 10/16/2024 15:09:41 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 23 | 8964815b3ee407a3ebfecd69c9a66df0efaa05a3 | 10/16/2024 15:09:21 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 24 | 557b5dad5e3cac1ebf7f510d67437f1d01235d11 | 09/25/2024 15:15:42 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 25 | 025477e817fdad26e20e85603dcec00d1bd5da68 | 09/11/2024 18:13:23 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 26 | 4377d001f4e80bb56fc09eec160d3e44683a7eaf | 09/11/2024 18:13:21 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 27 | 1018a676073b24eb9a7384e7bf56686079e27b27 | 09/11/2024 18:13:03 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 28 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | 09/08/2024 23:17:00 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 29 | 8031b4a7a5cfcecbc796d4772440bfc5016c11aa | 09/06/2024 16:38:02 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 30 | 3350ad6ed2ecd3f20ca9bfab853a3ced164589b0 | 09/06/2024 16:35:09 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 31 | f0c6d69ee2f4ea3d42ae671b7518e93da5e34163 | 07/10/2024 17:05:53 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 32 | 60feb3e4f343965c4c847a6f071d77f52c61bb52 | 07/01/2024 17:17:08 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 33 | 95c8b15ef533c5f1f122a9df55c3915956a10ed7 | 03/08/2024 23:29:31 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 34 | 86c5f87ba9c2618d57f79c76608f5d883c5439cf | 03/07/2024 20:41:03 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 9b312865579e7ab7459f216e0ff6e1369cde94ff | 03/07/2024 19:44:16 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 36 | CE8EC1A831E1DC2775AEBAF0F00CA27AB0E0B982 | 02/16/2024 00:22:41 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 37 | 74e070565386c10cb521376afa332d57ae57de3e | 02/16/2024 00:22:10 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 38 | 72ACB9A107341008730593EA4C32E3491A642198 | 02/16/2024 00:21:10 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 39 | 43895c16236a6ad40f41d1a81d6f469dfd9e4b2d | 12/01/2023 02:26:30 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 40 | 0148CD7D1E2F1D19697008532F652BEC827224A7 | 10/27/2023 17:22:30 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 41 | d9d453ca10a11f235d92278e4484bbe5a2b5a9f1 | 05/22/2023 15:16:32 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 42 | d235765cd6084dadf4d07a4c3fdd292b8d0c3ff7 | 12/16/2022 00:19:54 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 43 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | 10/31/2022 17:45:26 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 44 | 75A353D79EC4B06347D0AD1935D3F3D242B8A70C | 10/27/2022 16:02:11 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 45 | BEF0D2E7B96DDC060FA0F61AB59A5985525115B5 | 10/27/2022 16:02:08 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 46 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 10/27/2022 16:02:06 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |